

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00164-CV

**IN THE INTEREST OF W.T.**, A.T., R.T., S.B., E.B., Children

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW2300095
Honorable Melissa Uram-Degerolami, Judge Presiding

BEFORE JUSTICE RODRIGUEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellants are indigent. No costs are assessed.

SIGNED August 28, 2024.

Lori Massey Brissette, Justice